# United States Court of Appeals
## For the First Circuit

No. 03-1841

BERNABÉ TEJADA-BATISTA,

Plaintiff, Appellee,

v.

LYDIA MORALES, Individually and in her respective official capacity; DOMINGO ÁLVAREZ, Individually and in his respective official capacity,

Defendants, Appellants.

JOSÉ A. FUENTES-AGOSTINI, Individually and in his capacity as Secretary of Justice of the Commonwealth of Puerto Rico; ERNESTO FERNÁNDEZ, Individually and in his respective official capacity; ANTONIO FRANCO, Individually and in his respective official capacity; CRISTÓBAL IRIZARRY, Individually and in his respective official capacity; JOHN DOE, 97CV1430, Individually and in his respective official capacity; and MIGUEL GIERBOLINI,

Defendants.

**ERRATA**

The opinion of this court issued on September 20, 2005, should be amended as follows:

On page 6, second full paragraph, line 3, replace "Morales's" with "Morales'".

On page 11, line 4, replace "Fuentes's" with "Fuentes'".

On page 14, line 4, replace "Fuentes's" with "Fuentes'".

On page 14, paragraph 2, line 3, replace "was" with "were".